JOHN W. HUBER, United States Attorney (#7662)
STEWART M. YOUNG, Assistant United States Attorney (#14370)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801)-524-5682
Email: Stewart.Young@usdoj.gov

FILED
U.S. DISTRICT COURT

2015 OCT 14 A 11: 55

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DAYSI BENITEZ-SOSA and HECTOR DANIEL LOPEZ-OCHOA, Defendants. | INDICTMENT<br><br>VIOLATIONS:<br><br>Count 1: 21 U.S.C. §§ 841(a)(1) & 846: Conspiracy to Distribute Methamphetamine<br><br>Count 2: 21 U.S.C. § 841(a)(1) & 846: Conspiracy to Possess Methamphetamine with Intent to Distribute |
|---|---|

Case: 1:15-cr-00077
Assigned To : Parrish, Jill N.
Assign. Date : 10/14/2015
Description: USA v.

The Grand Jury Charges:

### COUNT I
21 U.S.C. §§ 841(a)(1) & 846
(Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown and continuing up to and including September 28, 2015, in the Northern Division of the District of Utah,

DAYSI BENITEZ-SOSA and
HECTOR DANIEL LOPEZ-OCHOA,

defendants herein, did knowingly and intentionally conspire with persons known and unknown to the grand jury to distribute 500 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. §§ 841(a)(1) & 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

### COUNT II
21 U.S.C. §§ 841(a)(1) & 846
(Conspiracy to Possess Methamphetamine with Intent to Distribute)

Beginning on a date unknown and continuing up to and including September 28, 2015, in the Northern Division of the District of Utah,

DAYSI BENITEZ-SOSA and
HECTOR DANIEL LOPEZ-OCHOA,

defendants herein, did knowingly and intentionally conspire with persons known and unknown to the grand jury to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. §§ 841(a)(1) & 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

### NOTICE OF INTENT TO SEEK FORFEITURE

As a result of committing the felony offenses alleged in Count 1 & 2 of this Indictment, which is punishable by imprisonment for more than one year, the above named defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real or personal, constituting proceeds deriving from violations of 21 U.S.C. §§ 841(a)(1) & 846, and pursuant to 21 U.S.C. § 853 any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the

commission of a violation of 21 U.S.C. §§ 841(a)(1) & 846 and any property traceable thereto, including but not limited to the following:

- $25,972 IN U.S. CURRENCY
- $58,700 IN U.S. CURRENCY
- $1,116 IN U.S. CURRENCY

A TRUE BILL:

/S/
---
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

STEWART M. YOUNG
Assistant United States Attorney

3